ACCEPTED
03-15-00384-CV
7112508
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/25/2015 4:58:14 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00384-CV

IN THE COURT OF APPEALS
FOR THE
THIRD SUPREME JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/25/2015 4:58:14 PM
JEFFREY D. KYLE
Clerk

CRYSTAL BINGHAM HERNANDEZ,
Plaintiff/Appellant,

v.

TIFFANY POLLEY,
Defendant/Appellee.

APPELLEE'S UNOPPOSED MOTION FOR EXTENSION
TO FILE APPELLEE'S RESPONSIVE BRIEF ON APPEAL

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Tiffany Polley, Appellee herein and Defendant in the lower court ("Appellee"), and requests an extension of thirty (30) days to file his Responsive Brief on Appeal, and would show this Court of Appeals the following:

APPELLEE'S MOTION FOR EXTENSION TO FILE RESPONSIVE BRIEF ON APPEAL – Page 1

## I.

Appellant filed her Notice of Appeal on June 24, 2015.

## II.

The Clerk's Record was filed on July 13, 2015.

## III.

The Reporter's Record was filed on July 22, 2015.

## IV.

After obtaining a 30 day extension on an unopposed motion for the same, Appellant filed her Brief on Appeal on September 18, 2015.

## V.

Appellee's Responsive Brief on Appeal is due on October 19, 2015.

## VI.

Appellee would show this Court of Appeals that Appellee has not previously petitioned the Court for an extension of time for filing the "item in question." TEX. R. APP. P. 10.5(b)(1)(D).

## VII.

Appellee requests an additional thirty (30) days to file Appellee's Responsive Brief on Appeal from the date that it is now due, up to and including November 19, 2015.

**VIII.**

Appellee's counsel would show this Court of Appeals that he has already requested the record on appeal in order to begin drafting his responsive Brief.

**IX.**

Appellee's counsel would show this Court of Appeals that in addition to completing the responsive Brief in this matter, he has an active litigation and appellate docket including multiple trials set in the next few months as well as other briefing matters due.

**X.**

On September 24, 2015, counsel for Appellee conferred with counsel for Appellant regarding the merits of this Motion, and Appellant's counsel indicated they did not oppose the Motion.

**XI.**

This Motion is not being filed for the purpose of harassment or unnecessary delay, but to see that justice is done.

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully requests that this honorable Court of Appeals grant this Motion and that Appellee have until November 19, 2015 in which time to file his Responsive Brief on Appeal.

Respectfully submitted,

**THE WILLIS LAW GROUP, PLLC**

___*/s/ Lorin M. Subar*_____
**KIRK D. WILLIS**
State Bar No. 21648500
**JOSEPH M. GREGORY, III**
State Bar No. 08436525
**LORIN M. SUBAR**
State Bar No. 19456800
10440 N. Central Expy Ste 520
Dallas, Texas 75231
Telephone: (214) 736-9433
Facsimile: (214) 736-9994

**ATTORNEYS FOR APPELLEE**


**CERTIFICATE OF CONFERENCE**

This is to certify that on September 24, 2015, the undersigned counsel for Appellee conferred with counsel for Appellant, regarding the merits of this Motion. Appellant's counsel indicated they did not oppose the Motion.


___*/s/ Lorin M. Subar*___
**LORIN M. SUBAR**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded to all parties or their counsel of record on September 25, 2015 in accordance with the Texas Rules of Appellate Procedure.

Rick Dehoyos
Law Offices of Rick DeHoyos
502 South Irving Street
San Angelo, Texas 76903
*Via Facsimile: 325-227-6913*

_____/s/ Lorin M. Subar_____
**LORIN M. SUBAR**